**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Chereese D. Liddell,

               Plaintiff,        Case No. 26-cv-12122

v.                         Judith E. Levy
                         United States District Judge

Eric Fleming, *et al.*,

                         Mag. Judge Anthony P. Patti

             Defendants.

_____/

**ORDER DIRECTING PLAINTIFF TO SUBMIT A REVISED
APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT
<u>PREPAYING FEES OR COSTS</u>**

On June 24, 2026, *pro se* Plaintiff Chereese D. Liddell filed a complaint in which she alleges violations of the Labor Management Relations Act, Title VII, and Michigan law. (ECF No. 1.) That same day, Plaintiff filed an application to proceed without prepaying fees or costs— or to proceed *in forma pauperis* (IFP). (ECF No. 2.) Plaintiff did not use Form AO 240 to apply for *in forma pauperis* status. She "declare[s] under penalty of perjury that the . . . information [in the application] is true and correct." (*Id.* at PageID.10.)

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). "An affidavit to proceed IFP is sufficient if it states that one cannot, because of his or her poverty, afford to pay for costs of litigation and still provide herself and her family the necessities of life." *Cognetto v. Comm'r of Soc. Sec.*, No. 14-10006, 2014 WL 358465, at *1 (E.D. Mich. Jan. 31, 2014) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). Inadequate completion of an application to proceed *in forma pauperis* is grounds for denial of that application in the Eastern District of Michigan. *See Shaw v. Oakland Cnty. Friend of the Ct.*, No. 20-12492, 2020 WL 7024912, at *3 (E.D. Mich. Nov. 30, 2020).

Here, Plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff states that her take-home pay is "significantly" lower than her annual gross pay of approximately $77,500, but she does not specify by how much. (ECF No. 2, PageID.9.) Plaintiff indicates that she pays "$40-$60/day" for transportation to and from work; however, she does not list her other regular expenses. (*Id.*) In addition, Plaintiff does

not identify any debts or financial obligations she may have. Without this information, the Court cannot determine whether Plaintiff is unable to pay the applicable fees.

Accordingly, Plaintiff must submit a revised *in forma pauperis* application by **July 24, 2026**. The Court encourages Plaintiff to use the enclosed form titled "Application to Proceed in District Court Without Prepaying Fees or Costs" (Form AO 240). In her submission, Plaintiff must answer each question that appears in the form. If Plaintiff chooses to not submit a revised application, she must pay the filing fee by **July 24, 2026**. **Failure to comply with this order may result in sanctions, including the dismissal of the case.**

IT IS SO ORDERED.

Dated: July 8, 2026              s/Judith E. Levy
   Ann Arbor, Michigan          JUDITH E. LEVY
                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 8, 2026.

                                s/William Barkholz
                                WILLIAM BARKHOLZ
                                Case Manager

3